# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Estate of Joseph J. Anzack, Jr., et al.

Plaintiff(s)

vs.    Civil Action No.: 1:25-cv-01714-RBW

Syrian Arab Republic, el al.

Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint  (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Syrian Arab Republic
c/o Foreign Minister Asaad Hassan al-Shaibani
Syrian Ministry of Foreign Affairs and Expatriates
G729 + RW7
Prime Ministers Complex
17 Nisan
Damascus, Syria

by: (check one)

☒ certified or registered mail, return receipt requested
☐ DHL
☐ Fed Ex

pursuant to the provisions of: (check one)

☐ FRCP 4(f)(2)(C)(ii)
☒ 28 U.S.C. § 1608(a)(3)
☐ 28 U.S.C. § 1608(b)(3)(B)
☐ 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): the Syrian Arab Republic , and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)

F. R. Jenkins, Esq.
Meridian 361 International Law Group, PLLC
400 Congress Street, Box No. 7040
Portland, ME 04101
United States of America

(Name and Address)