**MERIDIAN 361 INTERNATIONAL LAW GROUP, PLLC**

400 CONGRESS STREET No. 7040
PORTLAND, ME 04112
UNITED STATES of AMERICA

Reception: +1-866-338-7087 • Fax: +1-202-315-3894
www.meridian361.com

F. R. JENKINS, ESQ.
Attorney-at-law, D.C., State of Maine, Commonwealth of Virginia
Barrister (Honourable Society of the Middle Temple), England and Wales
Barrister and Solicitor, St. Vincent and the Grenadines

Direct: +1-202-361-4944
Email: jenkins@meridian361.com

July 15, 2025

*Via Hand Delivery*

Office of the Clerk
ATTN: Angela D. Caeser, Clerk of Court
United States District Court for the District of Columbia
United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:   **Request for Foreign Mailing** under 28 USC § 1608(a)(3) – *Estate of Joseph J. Anzack, Jr. et al v. Syrian Arab Republic et al*, 1:25-cv-01714-RBW

Dear Ms. Caesar:

I write in connection with the above captioned case to request that you take all necessary steps, pursuant to 28 USC § 1608(a)(3), to effect service in this matter on **Defendant the Syrian Arab Republic** ("Syria").

Service on Syria under 28 USC § 1608(a)(3) is warranted here. Plaintiffs and Defendants do not have any special arrangement for service of process pursuant to 28 USC § 1608(a)(1), and service on Syria is not permitted by any applicable international convention on service of judicial documents pursuant to 28 USC § 1608(a)(2).

28 USC § 1608(a)(3) requires "sending a copy of the summons and complaint and a notice of suit, together with a translation of each into the official language of the foreign state, by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the head of the ministry of foreign affairs of the state concerned."

On March 26, 2025, the United States Postal Service announced that it would resume mail service to Syria effective March 28, 2025, and Syria is not currently listed among the destinations to which the USPS has suspended mail service. *See* USPS notices at Exhibit A. Accordingly, Plaintiffs will attempt to serve Syria by **U.S. registered mail, return receipt requested**.

Plaintiffs will file this letter along with our Affidavit Requesting Foreign Mailing electronically, and then mail to the Office of the Clerk a package comprising:

(1) One copy of the Affidavit Requesting Foreign Mailing, including this letter;
(2) One copy of the Notice of Electronic Filing of the Affidavit Requesting Foreign Mailing; and
(3) One copy of the relevant Summons, Complaint, Civil Cover Sheet, Notice of Suit, Notice of Right to Consent to Trial before a United States Magistrate Judge, and the Foreign Sovereign Immunities Act, in English, as well as a copy of each translated into Arabic.

Our office will collect the package from the courthouse, dispatch it by registered mail, return receipt requested, and return the resulting stamped Receipt for Registered Mail (PS Form 3806) to the Office of the Clerk for docketing. *See* U.S. District Court for the District of Columbia, Clerk's Office Procedures for Service of Process on a Foreign Defendant (July 2024), at 8-9 (https://www.dcd.uscourts.gov/sites/dcd/files/Atty ManualForeignMlg2024.pdf). The package will be mailed to:

Syrian Arab Republic
c/o Minister Asaad Hassan al-Shaibani
Syrian Ministry of Foreign Affairs and Expatriates
G729 + RW7
Prime Ministers Complex
17 Nisan
Damascus
Syria

If you have any questions or require any further information, please do not hesitate to contact me at (202) 361-4944 or jenkins@meridian361.com.

Respectfully,

F. Ronald Jenkins, Esq.

Enclosure

2

# INDUSTRY ALERT

United States Postal Service®

**March 26, 2025**

## INTERNATIONAL SERVICE RESUMPTION NOTICE –
## Effective March 28, 2025

Effective Friday, March 28, 2025, the Postal Service™ will *resume acceptance of mail* destined to the following:

- Syria

This service resumption affects the following mail classes: Priority Mail Express International® (PMEI), Priority Mail International® (PMI), First-Class Mail International® (FCMI), and First-Class Package International Service® (FCPIS) items.

Please visit our International Service Alerts page for the most up to date information:
https://about.usps.com/newsroom/service-alerts/international/?utm_source=residential&utm_medium=link&utm_campaign=res_to_intl

#

To subscribe or unsubscribe to Industry Alerts, please hit reply and send us your request. Or mail your request to:
Attn: Industry Engagement & Outreach
475 L'Enfant Plaza SW, RM 4411
Washington DC 20260

Thank you for your support of the United States Postal Service.
Industry Engagement & Outreach/USPS Corporate Affairs

Please visit us on the USPS *Industry Outreach/ USPS Corporate Affairs* website.

**Privacy Notice:** For information regarding our privacy policies, visit www.usps.com/privacypolicy

7/15/25, 4:03 AM                                International Service Alerts - Newsroom - About.usps.com

# About

# Service alerts

Newsroom    Resources    Careers

The Postal Service™ is temporarily suspending international mail acceptance for certain destinations due to inadequate transportation options or service disruptions within the country. Customers: please refrain from mailing items addressed to the countries listed here, until further notice.

Updated: July 11, 2025

Hide the suspensions

## Suspensions

| | | |
|---|---|---|
| Afghanistan | Iran | Sudan |
| Belarus | Libya | Turkmenistan |
| Bhutan** | Niue* | Yemen |
| Brunei | Russia | |
| Haiti | South Sudan | |

These service disruptions affect Priority Mail Express International® (PMEI), Priority Mail International® (PMI), First-Class Mail International® (FCMI), First-Class Package International Service® (FCPIS®), International Priority Airmail® (IPA®), International Surface Air Lift® (ISAL®), and M-Bag® items.

*Niue's service disruption affects Priority Mail Express International® (PMEI)

**Bhutan's service disruption affects Priority Mail Express International® (PMEI), Priority Mail International® (PMI), First-Class Package International Service® (FCPIS®), International Priority Airmail® (IPA®), and M-Bag® items

Unless otherwise noted, service suspensions to a particular country do not affect delivery of military and diplomatic mail.

**For already deposited items:** Postal Service employees endorse them "Mail Service Suspended — Return to Sender" and then place them in the mail stream for return.

**For any returned item bearing a customs form:** The Postal Service will, upon request, refund postage and fees on mail returned due to the suspension of service.

**For all other returned items not bearing a customs declarations form:** The Postal Service will, upon request, refund postage and fees on mail returned due to the suspension of service.

### Priority Mail Express International®

Effective October 25, 2021, due to airline travel restrictions and cancellations, the U.S. Postal Service has temporarily suspended the guarantee on Priority Mail Express International® to the following destinations:

#### Suspension of Priority Mail Express International Guarantee

| | | |
|---|---|---|
| Great Britain | New Zealand | Sweden |
| Israel | Singapore | Switzerland |

These suspensions will be in effect until further notice. The Postal Service is taking all reasonable measures to minimize impact to our customers.

Select one of the entries below to display disruption information for that location or event.

Name, ascending

Sort

**Afghanistan**
8-20-21

**Belarus**
7-22-22

**Bhutan**
8-30-24

**Brunei**
5-22-20

**Haiti**
11-15-24

**Iran**
6-20-25

**Libya**
3-28-25

**Niue**
7-28-23

**Russia**
3-11-22

**South Sudan**
4-25-25

**Sudan**
7-25-23

**Suriname**
3-4-25

**Turkmenistan**
2-28-25

**Ukraine**
3-2-22

**Yemen**
4-17-20

Copyright© 2025 United States Postal Service